**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

FELLOWSHIP OF CHRISTIAN UNIVERSITY STUDENTS AT THE UNIVERSITY OF TEXAS AT DALLAS, THE RETROGRADE NEWSPAPER, YOUNG AMERICANS FOR LIBERTY, INC., ZALL ARVANDI, TEXAS SOCIETY OF UNCONVENTIONAL DRUMMERS, and STRINGS ATTACHED,

*Plaintiffs,*

v.

KEVIN P. ELTIFE, *et. al.*,

*Defendants.*

CASE NO. 1:25-cv-01411

---

**DEFENDANTS' NOTICE OF APPEAL**

---

Defendants, The Board of Regents of The University of Texas System and its members; Chancellor John M. Zerwas, M.D.; UT Austin President, James E. Davis; and UT Dallas President, Dr. Rabhas V. Moghe, by and through the Office of the Attorney General of Texas and the undersigned counsel (collectively, the "Defendants") Appeal This Court's Order entered on October 14, 2025, to the United State Court of Appeals for the Fifth Circuit. See Order Granting Plaintiffs' Motion for Preliminary Injunction, ECF No. 29. The order granting a preliminary injunction is immediately appealable. See 28 U.S.C. § 1292(a)(1).

Date: November 4, 2025

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

RYAN D WALTERS
Deputy Attorney General for Legal Strategy

RYAN G. KERCHER
Chief, Special Litigation Division

*/s/ Keith Ingram*
BRIAN KEITH INGRAM
Special Counsel
Texas State Bar No. 00787746
keith.ingram@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
COUNSEL FOR THE STATE OF TEXAS

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that on November 4, 2025, a true and correct copy of the above and foregoing document has been served using the CM/ECF system to all counsel and parties of record.

JT MORRIS (Tex. Bar No. 24094444)
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)
(215) 717-3473
700 Pennsylvania Ave., Suite 340
Washington, DC 20003
jt.morris@thefire.org

ADAM STEINBAUGH (Cal. Bar No. 304829)*
SARA BERINHOUT (Mass. Bar No. 703217)*
HANNAH ABBOTT (Pa. Bar No. 337123)*
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)
510 Walnut St., Suite 900
Philadelphia, PA 19106
adam@thefire.org
sara.berinhout@thefire.org
hannah.abbott@thefire.org

*/s/ Keith Ingram*
BRIAN KEITH INGRAM
Special Counsel