**No. 25-50914**

# In the United States Court of Appeals for the Fifth Circuit

Kevin P. Eltife; Janiece Longoria; James C. Weaver; Nolan Perez, M.D.; Stuart W. Stedman; Robert P. Gauntt; Christina Melton Crain; Jodie Lee Jiles; Kelcy L. Warren; John M. Zerwas, M.D.; James E. Davis; Dr. Prabhas V. Moghe,

Defendants–Appellants,

v.

Fellowship of Christian University Students at The University of Texas at Dallas; The Retrograde Newspaper; Young Americans for Liberty, Inc.; Zall Arvandi; Texas Society of Unconventional Drummers; Strings Attached,

Plaintiffs–Appellees.

On Appeal from the United States District Court
for the Western District of Texas, Austin Division

## DEFENDANTS-APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

Ken Paxton
Attorney General of Texas

Brent Webster
First Assistant Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
(512) 936-1700

William R. Peterson
Solicitor General
William.Peterson@oag.texas.gov

Daniel M. Ortner
Assistant Solicitor General

*Counsel for Defendants-Appellants*

Pursuant to Federal Rule of Appellate Procedure 26(b), Defendants-Appellants Kevin P. Eltife et al. respectfully request a 14-day extension of time to file their opening brief.

1.   Defendants-Appellants' brief is currently due on March 16, 2026. Defendants-Appellants seek a 14-day extension of time, to and including March 30, 2026, in which to file that brief.

2.   This is Defendants-Appellants' first request for an extension of time for this brief, and it is unopposed.

3.   Defendants-Appellants' motion is supported by good cause and is not sought for purpose of delay. Rather, attorneys for Defendants-Appellants have had and will continue to have briefing and argument obligations that require or will require significant time and attention since the briefing schedule issued on February 2, 2026. These matters include:

- Preparation and filing of an appellant's brief in *Book People v. Morath*, No. 25-50891, in this Court. The brief was filed on February 19, 2026.

- Preparation and filing of a petition for writ of mandamus and emergency motion for temporary relief in the Fifteenth Court of Appeals of Texas. The petition and motion were filed on February 23, 2026.

- Preparation and filing of a petition for writ of certiorari in *Guerrero v. Johnson*, No. 25-1003, in the Supreme Court of the United States. The petition was docketed on February 23, 2026.

- Preparation for and presentation of oral argument in *Lucid v. Johnston,* No. 25-50319, in this Court. Oral argument was held on March 2, 2026.

- Assisting in the preparation and attending the presentation of oral argument in *McCutchan v. Nicholson*, No. 25-10890, in this Court. Oral argument was held on March 3, 2026.

- Preparation for and presentation of oral argument in *Texas v. City of McAllen*, No. 24-1060, in the Supreme Court of Texas. Oral argument was held on March 5, 2026.

- Preparation of a multi-state amicus brief in the Supreme Court of the United States. The amicus brief will likely be filed in early April.

- Preparation of a respondent's brief on the merits in *San Antonio Bay Estuarine Waterkeeper*, No. 25-056, in the Supreme Court of Texas. The brief is due to be filed on April 10, 2026.

- Preparation of an appellee's brief in *Buchanan v. Texas*, No. 15- 25-00162, in the Fifteenth Court of Appeals of Texas. The brief is due on April 10, 2026.

4.    In addition to briefing and argument obligations, lead counsel for Defendants-Appellants has numerous prelitigation, oversight, and managerial responsibilities and continues to be staffed on other litigation and advisory matters throughout the Office of the Attorney General.

5.    Lead counsel for Defendants-Appellants will be out of the country on preplanned international travel between March 7 and March 12.

6.    The extension is sought in the interest of justice, not for delay, and no party will be prejudiced if this unopposed request for an extension of time is granted.

## Conclusion

For the foregoing reasons, Defendants-Appellants respectfully requests that the Court grant their unopposed motion for an extension of time to file their opening brief, making a new due date of March 30, 2026.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

/s/ William R. Peterson
WILLIAM R. PETERSON
Solicitor General
William.Peterson@oag.texas.gov

BRENT WEBSTER
First Assistant Attorney General

DANIEL M. ORTNER
Assistant Solicitor General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
(512) 936-1700

*Counsel for Defendants-Appellants*

## CERTIFICATE OF CONFERENCE

On March 4, 2026, counsel for Defendants-Appellants conferred by email with counsel for Plaintiffs-Appellees regarding their position on the foregoing motion. Plaintiffs-Appellees do not oppose the request.

/s/ William R. Peterson
WILLIAM R. PETERSON

## CERTIFICATE OF SERVICE

On March 5, 2026, this document was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of any paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of Symantec Endpoint Protection and is free of viruses.

/s/ William R. Peterson
WILLIAM R. PETERSON

## CERTIFICATE OF COMPLIANCE

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d) because it contains 504 words, excluding the parts exempted by Rule 32(f); and (2) the typeface requirements of Rule 27(d) and Rule 32(a)(5) and the type style requirements of Rule 27(d) and Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Equity) using Microsoft Word (the same program used to calculate the word count).

/s/ William R. Peterson
WILLIAM R. PETERSON