# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 09, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 25-50914    Fellowship of Christian v. Eltife
                     USDC No. 1:25-CV-1411

The court has granted an extension of time to and including March 30, 2026 for filing appellant's/petitioner's brief in this case.

                     Sincerely,

                     LYLE W. CAYCE, Clerk

                     By: _____
                     Nina M. Fernandez, Deputy Clerk
                     504-310-7630

Ms. Sara Berinhout
Mr. Brian Keith Ingram
Mr. JT Morris
Mr. Daniel Ortner
Mr. William R. Peterson
Mr. Adam Steinbaugh