# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 01, 2026

Mr. Daniel Ortner
Office of the Texas Attorney General
Office of the Solicitor General
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

No. 25-50914 Fellowship of Christian v. Eltife
USDC No. 1:25-CV-1411

Dear Mr. Ortner,

We have determined that your brief is deficient (for the reasons cited below) and must be corrected within 14 days. We note that our Quality Control Program advised you of some of these deficiencies when you filed the document.

The caption on the brief does not match the Court's Official Caption as required by FED. R. APP. P.32(a)(2)(C). See the Official Caption, below:

---

Case No. 25-50914

Fellowship of Christian University Students at The University of Texas at Dallas; Retrograde Newspaper; Young Americans for Liberty, Incorporated; Zall Arvandi; Texas Society of Unconventional Drummers; Strings Attached,

Plaintiffs - Appellees

v.

Kevin P. Eltife, in his official capacity as member of the Board of Regents of The University of Texas System; Janiece Longoria, in her official capacity as member of the Board of Regents of The University of texas System; James C. (Rad) Weaver, in his official capacity as member of the Board of regents of The University of Texas System also known as Rad; Nolan Perez, M.D., in his official capacity as member of the Board of Regents of The University of Texas System; Robert P. Gauntt, in his

official capacity as member of the Board of Regents of The University of Texas System; Christina Melton Crain, Esq., in his official capacity as member of the Board of Regents of The University of Texas System; Jodie Lee Jiles, in his official capacity as member of the Board of Regents of The University of Texas System; Kelcy L. Warren, in his official capacity as member of the Board of Regents of The University of Texas System; John M. Zerwas, M.D., in his official capacity as Chancellor of the University of Texas System; James E. Davis, in his official capacity as President of The University of Texas at Austin; Prabhas V. Moghe, in his official capacity as President of The University of Texas at Dallas; Stuart W. Stedman, in his official capacity as member of the Board of Regents of The University of Texas System,

Defendants - Appellants

Note: Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system. Please do not send paper copies of the brief until requested to do so by the clerk's office. The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made. Also, if your brief is sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

Sincerely,

LYLE W. CAYCE, Clerk

By: Lisa E. Ferrara
Lisa E. Ferrara, Deputy Clerk
504-310-7675

cc:
Ms. Sara Berinhout
Mr. Brian Keith Ingram
Mr. JT Morris
Mr. William R. Peterson
Mr. Adam Steinbaugh