**No. 25-50914**

**UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT**

---

FELLOWSHIP OF CHRISTIAN UNIVERSITY STUDENTS AT THE UNIVERSITY OF TEXAS AT DALLAS; RETROGRADE NEWSPAPER; YOUNG AMERICANS FOR LIBERTY, INCORPORATED; ZALL ARVANDI; TEXAS SOCIETY OF UNCONVENTIONAL DRUMMERS; STRINGS ATTACHED,

*Plaintiffs-Appellees,*

v.

KEVIN P. ELTIFE, in his official capacity as a Member of the Board of Regents of the University of Texas System; JANIECE LONGORIA, in her official capacity as a Member of the Board of Regents of the University of Texas System; JAMES C. (RAD) WEAVER, in his official capacity as a Member of the Board of Regents of the University of Texas System; NOLAN PEREZ, M.D., in his official capacity as a Member of the Board of Regents of the University of Texas System; ROBERT P. GAUNTT, in his official capacity as a Member of the Board of Regents of the University of Texas System; CHRISTINA MELTON CRAIN, ESQ., in her official capacity as a Member of the Board of Regents of the University of Texas System; JODIE LEE JILES, in his official capacity as a Member of the Board of Regents of the University of Texas System; KELCY L. WARREN, in his official capacity as a Member of the Board of Regents of the University of Texas System; JOHN M. ZERWAS, M.D., in his official capacity as Chancellor of the University of Texas System; JAMES E. DAVIS, in his official capacity as President of the University of Texas at Austin; PRABHAS V. MOGHE, in his official capacity as President of the University of Texas at Dallas; STUART W. STEDMAN, in his official capacity as a Member of the Board of Regents of the University of Texas System,

*Defendants-Appellants.*

On Appeal from the United States District Court for the Western District of Texas, Austin Division, Civil Action No. 1:25-cv-1411-DAE
Hon. David Alan Ezra Presiding

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEES' BRIEF**

JT Morris
*Counsel of Record*
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
700 Pennsylvania Ave., S.E.
Ste. 340
Washington, D.C. 20003
Tel: (215) 717-3473
jt.morris@fire.org

Sara Berinhout
Adam Steinbaugh
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut Street, Ste. 900
Philadelphia, PA 19106
Tel: (215) 717-3473, ext. 251
sara.berinhout@fire.org
adam@fire.org

*Attorneys for Plaintiffs-Appellees*

# CERTIFICATE OF INTERESTED PARTIES

The cause number and style of the case is *Fellowship of Christian University Students at the University of Texas at Dallas, et al., v. Kevin P. Eltife, et al.* (USDC Civil No. 1:25-cv-1411-DAE, Western District of Texas).

Counsel of record certifies that the following listed persons or entities described in the fourth sentence of Fifth Circuit Rule 28.2.1 have an interest in the outcome of this case. These representations are made so the judges of this Court may evaluate possible disqualification or recusal.

**Plaintiffs-Appellees**

1. Fellowship of Christian University Students at the University of Texas at Dallas;
2. Retrograde Newspaper;
3. Young Americans for Liberty, Inc.;
4. Zall Arvandi;
5. Texas Society of Unconventional Drummers;
6. Strings Attached.

**Attorneys for Plaintiffs-Appellees**

JT Morris
Foundation for Individual Rights and Expression
700 Pennsylvania Ave. SE, Ste. 340
Washington, D.C. 20003

Sara Berinhout
Adam Steinbaugh

Foundation for Individual Rights and Expression
510 Walnut Street, Ste. 900
Philadelphia, PA 19106

**Defendants-Appellants**

1. Kevin P. Eltife, in his official capacity as a Member of the Board of Regents of the University of Texas System;
2. Janiece Longoria, in her official capacity as a Member of the Board of Regents of the University of Texas System;
3. James C. ("Rad") Weaver, in his official capacity as a Member of the Board of Regents of the University of Texas System;
4. Nolan Perez, M.D., in his official capacity as a Member of the Board of Regents of the University of Texas System;
5. Robert P. Gauntt, in his official capacity as a Member of the Board of Regents of the University of Texas System;
6. Christina Melton Crain, Esq., in her official capacity as a Member of the Board of Regents of the University of Texas System;
7. Jodie Lee Jiles, in his official capacity as a Member of the Board of Regents of the University of Texas System;
8. Kelcy L. Warren, in his official capacity as a Member of the Board of Regents of the University of Texas System;
9. Stuart W. Stedman, in his official capacity as a Member of the Board of Regents of the University of Texas System;
10. John M. Zerwas, in his official capacity as Chancellor of the University of Texas System;
11. James E. Davis, in his official capacity as President of the University of Texas at Austin;
12. Prabhas V. Moghe, in his official capacity as President of the University of Texas at Dallas.

**Attorneys for Defendants-Appellants**

Ken Paxton
Brent Webster
William R. Peterson
Daniel M. Ortner

Brian Keith Ingram
Office of the Attorney General of Texas
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548

Respectfully,

/s/ JT Morris
*Counsel of Record for*
*Plaintiffs-Appellees*

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiffs-Appellees Fellowship of Christian University Students at the University of Texas at Dallas, Retrograde Newspaper, Young Americans for Liberty, Inc., Zall Arvandi, Texas Society of Unconventional Drummers, and Strings Attached ("Appellees") respectfully move unopposed under Federal Rule of Appellate Procedure 26(b), Fifth Circuit Rules 26.2, 27, 31.4.2, and 31.4.3.2 for a Level 1 extension of 21 days to file the Appellees' Brief. In support, Appellees state as follows:

1. The current due date to file Appellees' Brief is April 29, 2026. A 21-day extension would result in a new deadline of May 20, 2026.

2. This Court granted Appellants a 14-day extension to file the Appellants' Brief. There have been no previous requests for an extension with respect to Appellees' Brief, and no extension has been granted.

3. Good cause exists for this request. This appeal involves multiple issues concerning standing and the application of the First Amendment to two public universities and six distinct plaintiffs. Given the number of issues and parties, Plaintiffs-Appellees submit that a modest 21-day extension is appropriate. This Court recently extended

Defendants-Appellants a 14-day extension. Granting Plaintiffs-Appellees a comparable extension would also promote efficiency and judicial economy by allowing counsel additional time to respond to the issues raised in the briefs clearly and completely.

4. In addition, counsel for Plaintiffs-Appellees Adam Steinbaugh will be leaving for an extended vacation and sabbatical at the end of April. As well, lead counsel JT Morris has significant work-related travel obligations during the second half of April.

5. This extension is not sought for purposes of delay, and Defendants-Appellants will not be prejudiced by the extension.

6. Counsel for Plaintiffs-Appellees has discussed this Motion with counsel for Defendants-Appellants. Counsel for Defendants-Appellees are unopposed to the 21-day extension requested.

## REQUESTED RELIEF

For the reasons stated above, Plaintiffs-Appellees respectfully request that this Court grant this motion and extend the deadline to file

the Appellees' Brief by 21 days, resulting in a new deadline of May 20, 2026.

Dated: April 1, 2026

Respectfully,

/s/ Adam Steinbaugh

Adam Steinbaugh
Sara Berinhout
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900
Philadelphia, PA 19106
Tel: (215) 717-3473
adam@fire.org
sara.berinhout@fire.org

JT Morris
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
700 Pennsylvania Ave., SE, Ste. 340
Washington, D.C. 20003
Tel: (215) 717-3473
jt.morris@fire.org

*Attorneys for Plaintiffs-Appellees*

## CERTIFICATE OF CONFERENCE

I certify that on March 31, 2026, I conferred with Daniel M. Ortner, counsel for Defendants-Appellants, and he responded that they do not oppose the relief requested in this motion.

Dated: April 1, 2026

/s/ Adam Steinbaugh
Adam Steinbaugh
Attorney for Plaintiffs-Appellees

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitation of Federal Rule of Civil Procedure 27(d)(2)(a) because this motion contains 332 words, excluding the parts of the brief exempted by Federal Rule of Civil Procedure 32(a)(7)(B)(iii).

2. This motion complies with the typeface and typestyle requirements of Federal Rule of Civil Procedure 27(d)(1)(E) and Federal Rule of Civil Procedure 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word, in 14-point Century Schoolbook font.

Dated: April 1, 2026

/s/ Adam Steinbaugh
Adam Steinbaugh
Attorney for Plaintiffs-Appellees

## CERTIFICATE OF SERVICE

This certifies that on April 1, 2026, in compliance with Rules 25(b) and (c) of the Federal Rules of Appellate Procedure, the undersigned served the foregoing via the Court's ECF filing system on all registered counsel of record.

Dated: April 1, 2026

/s/ Adam Steinbaugh
Adam Steinbaugh
Attorney for Plaintiffs-Appellees