# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 05, 2026

Mr. Brian Klosterboer
American Civil Liberties Union of Texas
P.O. Box 8306
Houston, TX 77288

No. 25-50914 Fellowship of Christian v. Eltife
USDC No. 1:25-CV-1411

Dear Mr. Klosterboer,

We filed your brief. However, you must make the following corrections within the next 14 days.

You must electronically file a "Form for Appearance of Counsel" within 14 days from this date. You must name each party you represent, see Fed. R. App. P. 12(b) and 5th Cir. R. 12 & 46.3. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. If you fail to electronically file the form, the brief will be stricken and returned unfiled.

Also, consent was noted in your motion for leave to file the amicus brief, but not the brief. Please include a statement regarding consent in the brief. Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system. Please do not send paper copies of the brief until requested to do so by the clerk's office. The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient brief MUST be dated on the actual date that service is being made.

Sincerely,

LYLE W. CAYCE, Clerk

Christina Gardner

By: ____________________________
Christina A. Gardner, Deputy Clerk
504-310-7684

cc: Ms. Sara Berinhout
Mr. Brian Keith Ingram

Mr. JT Morris
Mr. Daniel Ortner
Mr. William R. Peterson
Mr. Griffin Simon Rubin
Mr. Adam Steinbaugh