August 5, 2026

**<u>Via CM/ECF</u>**
Mr. Lyle W. Cayce, Clerk of Court
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130-3408

**RE: *Fellowship of Christian v. Eltife*, No. 25-50914**

Dear Mr. Cayce:

I write to advise the Court of my withdrawal as counsel for Appellees Fellowship of Christian University Students at the University of Texas at Dallas, Retrograde Newspaper, Young Americans for Liberty, Inc., Zall Arvandi, Texas Society of Unconventional Drummers, and Strings Attached in the above-referenced case, as I am no longer employed by the Foundation for Individual Rights and Expression. Attorneys JT Morris, Adam Steinbaugh, and Hannah Abbott continue to represent Appellees. This withdrawal will not cause any delay in proceedings.

Thank you for your assistance in this matter.

Respectfully submitted,

/s/ Sara Berinhout
Sara Berinhout

cc: All Counsel of Record (via E-File Service)