# ORAL ARGUMENT ACKNOWLEDGMENT FORM

**U.S. COURT OF APPEALS FOR THE FIFTH CIRCUIT, 600 S. Maestri Place, New Orleans, LA 70130**
**(504) 310-7700**

I, Daniel Moshe Ortner
(Full Name)

as arguing counsel, acknowledge receiving notice that the below case has been scheduled for oral argument with the United States Court of Appeals for the Fifth Circuit.

25-50914 (Case Number) Fellowship of Christian Athletes v. Eltife (Short Title)

is scheduled for oral argument at 9:00 am (Time) on October 6, 2026 (Date) located in the

New Orleans - East Courtroom
(Location)

/s/ Daniel Moshe Ortner (Signature) September 18, 2026 (Date)

List all parties being represented for argument and select the party type

Kevin P. Eltife, Janiece Longoria, James C. (Rad) Weaver, Nolan Perez, Robert P. Gauntt
Christina Melton Crain, Jodie Lee Jiles, Kelcy L. Warren, John M. Zerwas, James E. Davis
Prabas V. Moghe, Stuart W. Stedman

- [x] Appellant
- [ ] Appellee
- [ ] Cross Appellant
- [ ] Cross Appellee
- [ ] Amicus
- [ ] Intervenor

According to this court's rules, a cross or separate appeal will be argued with the initial appeal during the same argument, unless the court directs otherwise. If a case involves a cross appeal, the party who first files a notice of appeal is considered the appellant unless the parties otherwise agree or the court directs otherwise. If separate appellants support the same argument, they are to avoid duplication of argument.

THE ORDER OF PRESENTATION & DIVISION OF ORAL ARGUMENT TIME WILL BE AS FOLLOWS:

| | (Counsel Name) | (Time in Minutes) | (Rebuttal Time)* |
|---|---|---|---|
| #1 | Daniel Moshe Ortner | 15 (20 total) | 5 |
| #2 | | | |
| #3 | | | |
| #4 | | | |
| #5 | | | |

SESSION # ______

*Rebuttal time for appellants only. The court prefers no more than 5 minutes for rebuttal.

PRINT TO PDF    RESET FORM